IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **EDNA MCMAHON, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**HALSTED FINANCIAL SERVICES, LLC,**<br><br>Defendant. | Case No. 2:23-cv-02029-JTF-atc |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Edna McMahon's Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), filed on March 28, 2023. (ECF No. 8.) This action is **DISMISSED** in its entirety with prejudice. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED** this 28th day of March, 2023.

*s/John T. Fowlkes, Jr.*
**JOHN T. FOWLKES, JR.,**
**UNITED STATES DISTRICT JUDGE**